

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00187-CR

ANTHONY JESUS MEDRANO, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 23,373-C, Honorable Abe Lopez, Presiding

December 18, 2013

## ON MOTION TO DISMISS

### Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Anthony Jesus Medrano, appealed a judgment of conviction by jury finding him guilty of the offense of evading detention, and sentence of five years' incarceration in the Institutional Division of the Texas Department of Criminal Justice, and $500 fine. Appellant's counsel filed a Motion to Dismiss Appeal on December 5, 2013.

Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a), and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Mackey K. Hancock
Justice

Do not publish.